# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Rauchelle McNeal,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-496-CV-W-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is *Defendant's Motion To Reverse and Remand With Suggestions in Support*, filed January 24, 2012 [Doc. 11]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner under sentence four of 42 U.S.C. §405(g) for action consistent with that set forth in the defendant's motion.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**