IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Rauchelle McNeal, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-0496-CV-W-JTM |
| | ) |
| Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed April 9, 2012 [Doc. 15]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed April 9, 2012 [Doc. 15] is **GRANTED** and plaintiff is awarded $3,164.80 in EAJA fees to be made payable to plaintiff's counsel, Parmele Law Firm – unless said amount is subject to an offset to satisfy an outstanding debt owed to the United States.

                                                            */s/ John T. Maughmer*
                                                          JOHN T. MAUGHMER
                                                      U. S. MAGISTRATE JUDGE